UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EULA FARMER,

    Plaintiff,

v.                                          Case No. 8:23-cv-2392-WFJ-UAM

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER OF TRANSFER

Before the Court is Defendant's Motion to Transfer (Dkt. 4) based on several related cases pending before the Honorable Steven D. Merryday. Upon consideration of the related cases, including *Stephanie Vega v. Experian Information Solutions, Inc.*, No. 8:23-cv-982-SDM-TGW, this cause is transferred to Judge Merryday with his consent and knowledge for all further proceedings pursuant to Local Rule 1.07. Accordingly, the Motion (Dkt. 4) is granted. The Clerk is directed to accomplish the transfer.

**DONE AND ORDERED** at Tampa, Florida, on October 30, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE